**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,                    :

       -against-                                           :            ORDER

JOSE LAVANDIER,                                       :            21 Crim. 21-2 (GBD)

                      Defendant.    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

The Clerk of the Court is directed to close the open motion at ECF No. 26 as having been

resolved by this Court's order at ECF No. 27.

Dated: May 17, 2022
      New York, New York

                                      SO ORDERED.

                                      GEORGE B. DANIELS
                                      United States District Judge