**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x

UNITED STATES OF AMERICA,

    -against-

JOSE LAVANDIER,

                        Defendant.

------------------------------------x

ORDER

21 Crim. 21-2 (GBD)

GEORGE B. DANIELS, United States District Judge:

At Defendant's request, the sentencing scheduled for July 6, 2022 is adjourned to September 14, 2022 at 10:00 a.m.

Dated: May 26, 2022
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge