# MAHER & PITTELL, LLP
ATTORNEYS AT LAW

*Reply To:*
**42-40 Bell Blvd, Suite 302**
**Bayside, New York 11361**
**Tel (516) 829-2299**
*jp@jpittell.com*

*Long Island Office*
**10 Bond St, Suite 389**
**Great Neck, New York 11021**
**Tel (516) 829-2299**
*jp@jpittell.com*

September 7, 2022

Hon. George B. Daniels
U.S. Courthouse
500 Pearl St.
New York, NY 10007

**SO ORDERED:**

/s/ George B. Daniels
George B. Daniels, U.S.D.J.

Dated: SEP 0 7 2022

Re:    *US v. Lavandier*, 21 Cr 21(GBD)

Dear Judge Daniels:

I am counsel for Jose Lavandier in the above referenced matter.

Please accept this letter in lieu of a formal motion for an adjournment of Mr. Lavandier's sentencing currently scheduled for September 14, 2022

I make this request as I need additional time to prepare a Sentencing Memorandum on behalf of Mr. Lavandier. I am still awaiting letters and other documents from Mr. Lavandier's family. I addition, Mr. Lavandier was recently assaulted in the jail and suffered from multiple stab wounds. I am seeking medical records regarding this incident as I anticipate they will be relevant regarding the sentencing proceeding.

Based upon the foregoing, I respectfully request the sentencing be adjourned for approximately sixty days, subject to the Court's availability, to November 16, 2022 at 10 a.m. which I understand is a calendar date for the Court.

The Government indicates they consent to this request.

Respectfully submitted,
/s/
Jeffrey G. Pittell

cc:    Jonathan Bodansky, AUSA