**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------x

UNITED STATES OF AMERICA,

    -against-

JOSE LAVANDIER,

                             Defendant.

------------------------------------------x

ORDER

21 Cr. 21-02 (GBD)

GEORGE B. DANIELS, United States District Judge:

At Defendant's request, the sentencing scheduled for November 16, 2022 is adjourned to January 4, 2023 at 10:30 a.m.

The Clerk of Court is respectfully directed to close the open motion at ECF No. 90.

Dated: November 9, 2022
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge