# MAHER & PITTELL, LLP
ATTORNEYS AT LAW

*Reply To:*
**42-40 Bell Blvd, Suite 302**
**Bayside, New York 11361**
**Tel (516) 829-2299**
*jp@jpittell.com*

*Long Island Office*
**10 Bond St, Suite 389**
**Great Neck, New York 11021**
**Tel (516) 829-2299**
*jp@jpittell.com*

November 28, 2022

Hon. George B. Daniels
U.S. Courthouse
500 Pearl St.
New York, NY 10007

SO ORDERED:

/s/ George B. Daniels
George B. Daniels, U.S.D.J.

Dated: NOV 29 2022

Re: *US v. Lavandier,* 21 Cr 21(GBD)

Dear Judge Daniels:

I am counsel for Jose Lavandier in the above referenced matter.

Please accept this letter in lieu of a formal motion for an adjournment of Mr. Lavandier's sentencing currently scheduled for January 4, 2023.

I make this request as I will not be able to appear on the January 4th date. In addition, I am still awaiting letters and other documents from Mr. Lavandier's family.

Based upon the foregoing, I respectfully request the sentencing be adjourned to February 1, 2023 at 10:30. It is my understanding that this is the first mutually available date on the Court and the parties' calendars.

The Government consents to this request.

Respectfully submitted,
/s/
Jeffrey G. Pittell

cc: Jonathan Bodansky, AUSA