**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------x

UNITED STATES OF AMERICA,

    -against-                                ORDER

JOSE LAVANDIER,                    21 Crim. 21-2 (GBD)

                    Defendant.

------------------------------------x

GEORGE B. DANIELS, United States District Judge:

At Defendant's request, the sentencing scheduled for February 1, 2023 is adjourned to February 8, 2023 at 10:00 a.m.

Dated: January 23, 2023
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge