UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

        -against-

JOSE LAVANDIER,

                  Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SCHEDULING ORDER

21 Cr. 21-02 (GBD)

GEORGE B. DANIELS, United States District Judge:

    A revocation of supervised released hearing for this case is hereby scheduled for November 14, 2024 at 10:00 a.m.

Dated: November 7, 2024
       New York, New York

                                 SO ORDERED.

*[signature: George B. Daniels]*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE