# MAHER & PITTELL, LLP

ATTORNEYS AT LAW

*Reply To:*
42-40 Bell Blvd, Suite 302
Bayside, New York 11361
Tel (516) 829-2299
*jp@jpittell.com*

*Long Island Office*
10 Bond St, Suite 389
Great Neck, New York 11021
Tel (516) 829-2299
*jp@jpittell.com*

SO ORDERED

The February 6, 2025 conference is adjourned to March 5, 2025 at 11:00 a.m.

*signature*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

February 5, 2025

Hon. George B. Daniels
U.S. Courthouse
500 Pearl St.
New York, NY 10007

FEB 0 6 2025

Re:   *US v. Lavandier*, 21 Cr 21 (GBD) -- Violation of Supervised Release ("VOSR")

Dear Judge Daniels:

I am counsel for Jose Lavandier in the above referenced matter.

The VOSR is currently scheduled for a conference on February 6, 2025. The parties have been engaged in discussions regarding the resolution of the VOSR, without the need for a hearing, and have reached an agreement in principle. However, prior to proceeding with the VOSR, I seek additional time to resolve an outstanding matter regrading the NYPD returning Mr. Lavandier's property seized during his arrest in the underlying case. I anticipate resolving this matter, with the assistance of the Government, within the next thirty days. Accordingly, please accept this letter in lieu of a formal motion for an adjournment of the conference to March 5, 2025 at 11 a.m. It is my understanding this date is available on the Court and parties' calender.

Prior to submission of this letter, I conferred with the Government and Probation. They do not object to this request.

Respectfully submitted,
/s/
Jeffrey G. Pittell

cc:   Jonathan Bodansky, AUSA
      John DePierri, USPO